No. 1306. HELD *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 1311. BURNETT *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 1312. HUBBARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 1318. ROGERS, GUARDIAN, ET AL. *v.* RAY GARDNER FLYING SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 1319. CITY OF LACKAWANNA, NEW YORK, ET AL. *v.* KENNEDY PARK HOMES ASSN., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 1320. SHAPIRO *v.* EAST WINDSOR MUNICIPAL UTILITIES AUTHORITY. Sup. Ct. N. J. Certiorari denied.

No. 1327. OLDS *v.* PENNSALT CHEMICALS CORP. C. A. 6th Cir. Certiorari denied.

No. 1335. BUTTS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6077. ELLIS *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 6117. SABOW *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 6200. EMMONS *v.* TAYLOR ET AL. C. A. D. C. Cir. Certiorari denied.

No. 6223. IN RE DISBARMENT OF CHIPLEY. Sup. Ct. S. C. Certiorari denied.